PER CURIAM.

(No. 75-CC-17—

MONTGOMERY COUNTY SHERIFF'S OFFICE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed September 25, 1974.*

JOHN MARYLEY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

110

PER CURIAM.